JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jon Carpenter,<br><br>    Plaintiff,<br><br>  v.<br><br>Jack Davenport, in his individual and representative capacity as trustee of the Davenport Family Trust; Ira L. Davenport, in his individual and representative capacity as trustee of the Davenport Family Trust; Jack Davenport Family Kitchen Inc., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:13-CV-08974-R-SH<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: August 19, 2014      _____
                            HONORABLE MANUEL L. REAL
                            UNITED STATES DISTRICT COURT JUDGE

1

Order of Dismissal    Case: 2:14-CV-00926-MWF-MRW